# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1133
LT Case No. 23-0006
_____

WILLIAM G. MERRYMAN,

    Appellant,

    v.

DEPARTMENT OF
ENVIRONMENTAL PROTECTION,

    Appellee.

_____

Administrative Appeal from the Department of Environmental Protection.

William G. Merryman, Middleburg, pro se.

Justin G. Wolfe, General Counsel, and Jeffrey Brown, Office of General Counsel, State of Florida Department of Environmental Protection, Tallahassee, for Appellee.

January 30, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, JAY, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____